# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

159346 (76)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JACQUES JEAN KABONGO,
    Defendant-Appellant.

SC: 159346
COA: 338733
Wayne CC: 16-010745-FH

_____/

On order of the Court, the motion for rehearing of the Court's May 20, 2021 opinion is considered, and it is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021

Clerk

t0714